**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 21-cr-137 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTONIO CHURN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on September 23, 2024 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Counsel Lazarus.

The violation report was referred to Magistrate Judge Carmen E. Henderson who issued a Report and Recommendation on September 10, 2024 [Doc. 47]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

    1) Unauthorized Use of Drugs

    3) New Law Violation

The Court found the violations to be Grade B and that defendant was a Criminal History Category III.

The Court orders the defendant to a term of custody of eight (8) months, to run concurrent with the state sentence going forward from today, with credit for any time served in

federal custody while awaiting the resolution of this matter. Upon release, the defendant will be placed on a term of supervised release of two (2) years, under the same conditions previously imposed.

**IT IS SO ORDERED.**

Dated: September 23, 2024                             *s/    James S. Gwin*
                                                                              JAMES S. GWIN
                                                                              UNITED STATES DISTRICT JUDGE